UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Herlinda Murguia,                           Civil No. 06-3190 (RHK/AJB)

       Plaintiffs,                        **DISQUALIFICATION AND**
                                             **ORDER FOR REASSIGNMENT**

vs.

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Pharmacia &
Upjohn Company, LLC, f/k/a Pharmacia
& Upjohn Company, Pfizer, Inc.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 2, 2006

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge